WEST JACKSON, *Plaintiff in Error*, v. STATE OF FLORIDA, *Defendant in Error.*

En Banc.

Opinion Filed May 16, 1927.

Where the members of the Appellate Court are equally divided in opinion as to whether a decree on appeal should be affirmed or reversed, and there is no prospect of a change of judicial opinion, the decree should be affirmed so that the litigation may not be unduly prolonged.

A Writ of Error to the Circuit Court for Leon County; E. C. Love, Judge.

*Fred H. Davis*, for Plaintiff in Error;

*J. B. Johnson*, Attorney General, and *Roy Campbell*, Assistant, for the State.

PER CURIAM.—In this case Mr. Justice STRUM, Mr. Justice BROWN and Mr. Justice WHITFIELD are of the opinion that the judgment rendered by the trial court, to which the writ of error is addressed, should be reversed, while the Chief Justice, Mr. Justice TERRELL and Mr. Justice BUFORD are of the opinion that said judgment should be affirmed; and there being no prospect of a change of judicial opinion the judgment will be affirmed on the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 South. Rep. 51; Pensacola Electric Co. v. Humphreys, 61 Fla. 389, 54 South. Rep. 452; Quigg, Chief of Police, v. Radel, 86 Fla. 197, 97 South. Rep. 380; and State *ex rel.* Amos v. Hamwey, 87 Fla. 55, 100 South. Rep. 796; Yarness v. Gregory, 88 Fla. 91, — S. R. —; Broaddus v. Theurer, 92 Fla. —, — S. R. —; Cravatt v. Pierson, —Fla. —, —S. R. —.

An order will be entered affirming the judgment herein.

All concur.